## (April 17, 1980)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL MINQUEZ, Appellant.—Determination of appeal from judgment of the Supreme Court, New York County, rendered on February 28, 1979, held in abeyance and defendant granted leave to serve and file a supplemental brief as indicated in the order of this court. No opinion. Concur—Murphy, P. J., Sullivan, Silverman, Bloom and Yesawich, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN JEROME ALLEN, Appellant.—Judgment, Supreme Court, Bronx County, rendered on April 18, 1978, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Murphy, P. J., Kupferman, Birns, Lupiano and Bloom, JJ.